# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MCDAVID OYEKWE, § <br> § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> § <br> RESEARCH NOW GROUP, INC. A/K/A, § <br> RESEARCH NOW, INC. A/K/A DYNATA, § <br> SEYFARTH SHAW LLP, and BRACKETT & § <br> ELLIS CORP. § <br> § <br> § <br> § <br> DEFENDANTS. | CIVIL ACTION NO.: 3:21-02166 <br><br> REMOVED FROM THE DISTRICT <br> COURT OF DALLAS COUNTY, TEXAS, <br> CASE NO. DC-21-10393 <br><br> C-134TH DISTRICT |

## INDEX OF MATTERS BEING FILED

Defendants Dynata, LLC ("Dynata") (incorrectly identified by Plaintiff as Research Now Group, Inc. a/k/a Research Now, Inc. a/k/a Dynata), Seyfarth Shaw LLP ("Seyfarth Shaw"), and Brackett & Ellis P.C. (incorrectly identified by Plaintiff as "Brackett & Ellis Corp.") (collectively "Defendants") submit this Index of Matters Being Filed:

1. Civil Cover Sheet;

2. Supplemental Civil Cover Sheet;

3. Notice of Related Cases;

4. Defendants' Certificate of Interested Persons; and

5. Defendants' Notice of Removal;

    Exhibit A:   Index of Matters Being Filed;

    Exhibit B:   A copy of the docket sheet for the state court action;

    Exhibit C:   A copy of Plaintiff's Original Petition filed August 9, 2021;

    Exhibit D:   A copy of the Citation issued to Seyfarth Shaw on August 13, 2021 with Return of Service dated August 18, 2021, filed on August 20, 2021;

Exhibit E:     A copy of the Citation issued to Dynata on August 13, 2021 with Return of Service dated August 18, 2021, filed on August 19, 2021; and

Exhibit F:     A copy of the Citation issued to Brackett & Ellis on August 13, 2021 with Return of Service dated August 18, 2021, filed on August 19, 2021.

1277260-v1/15675-002000