UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MCDAVID O OYEKWE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-02166-X-BK |
| | § | |
| RESEARCH NOW GROUP INC; | § | |
| SEYFARTH SHAW LLP; and | § | |
| BRACKETT & ELLIS CORP, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed.[1] The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court **DENIES** Defendants' Motion for Sanctions [Doc. No. 15] and **GRANTS IN PART** Defendants' Motion to Dismiss for Failure to State a Claim and for a Pre-Suit Injunction. [Doc. No. 5]. The Court **GRANTS** Defendants' motion to dismiss and **DENIES WITHOUT PREJUDICE** Defendants' request for a pre-suit

---

[1] Plaintiff McDavid O Oyekwe filed a notice of interlocutory appeal of the magistrate judge's findings, conclusions, and recommendation. Doc. No. 22. However, he failed to file the required specific, written objections. *See* Doc. No. 17 at 11 (citing 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)).

injunction.   By separate judgment, Oyekwe's complaint will be dismissed with prejudice.

Oyekwe is expressly warned that should he continue to pursue frivolous or malicious lawsuits, the Court may impose sanctions, including monetary sanctions and/or a bar from proceeding either *in forma pauperis* or *pro se* in any action in this Court—whether filed here; filed in state court or removed to this Court; or filed in another federal court and transferred to this Court—without first obtaining leave of the Court in writing.

**IT IS SO ORDERED** this 14th day of December, 2021.


BRANTLEY STARR
UNITED STATES DISTRICT JUDGE