UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MCDAVID O OYEKWE, § § *Plaintiff,* § § v. § § RESEARCH NOW GROUP INC; § SEYFARTH SHAW LLP; and § BRACKETT & ELLIS CORP, § § *Defendants.* § | Civil Action No. 3:21-CV-02166-X-BK |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. [Doc. No. 25]. Therefore, it is **ORDERED** that this civil action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

The Clerk shall transmit to the parties a true copy of this Judgment and Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 14th day of December, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE