# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

MCDAVID OYEKWE
Plaintiff

3:21-CV-2166
CASE NUMBER

v.

RESEARCH NOW/SSI/DYNATA, LLC
Defendant

BRANTLEY STARR
JUDGE

## NOTICE OF APPEAL

Notice is hereby given that MCDAVID OYEKWE
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

JUDGEMENT
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on 04/19/2022
(Date)

Date   05/20/2022

Attorney/Pro Se Litigant Signature

Print Name

Address

City, State, Zip

Telephone