

Certified as a true copy and issued
as the mandate on Jun 24, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 2, 2022
Lyle W. Cayce
Clerk

No. 22-10509

McDavid O. Oyekwe,

*Plaintiff—Appellant*,

versus

Research Now Group, Incorporated, *also known as* Research Now, Inc., *also known as* Dynata; Seyfarth Shaw, L.L.P.; Brackett & Ellis Corporation, Brackett & Ellis, P.C. (*incorrectly identified as* Brackett & Ellis Corp.),

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2166

_____

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this civil rights case, Plaintiff is attempting to appeal from a certified copy, which the district court placed on the docket as Item No. 27,

No. 22-10509

of this court's per curiam order dismissing a prior jurisdictionally defective appeal.

"Federal appellate courts have jurisdiction over appeals only from (1) a final decision under 28 U.S.C. § 1291; (2) a decision that is deemed final due to jurisprudential exception or that has been properly certified as final pursuant to FED. R. CIV. P. 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or that have been properly certified for appeal by the district court, 28 U.S.C. § 1292(b)." *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993). A copy of this court's per curiam order that the district court placed on the docket is not a final or otherwise appealable order.

Accordingly, the appeal is DISMISSED for want of jurisdiction.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 24, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 22-10509   Oyekwe v. Research Now Group
                          USDC No. 3:21-CV-2166

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Lisa E. Ferrara, Deputy Clerk
                                    504-310-7675

cc:
    Mr. Joseph F. Cleveland Jr.
    Mr. McDavid O. Oyekwe